UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

EARL JONES ,

      Plaintiff,                        DEMAND FOR JURY TRIAL

 -vs-                                     Case No. 15-12495
                                           Hon. Gershwin A Drain

UNIFUND CCR LLC,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL of UNIFUND CCR LLC WITH PREJUDICE

The Plaintiff dismisses all claims against UNIFUND CCR LLC with prejudice and without costs, sanctions, or attorneys fees.

                                      Respectfully Submitted,

                                      ADAM G. TAUB & ASSOCIATES
                                      CONSUMER LAW GROUP, PLC

            By:     s/ Adam G. Taub_____
                      Adam G. Taub (P48703)
                      Attorney for Earl Jones
                      17200 West 10 Mile Rd, Ste 200
                      Southfield, MI 48075
                      (248) 746-3790
                      adamgtaub@clgplc.net

Dated: July 31, 2015